# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2019

## NO. 03-18-00777-CV

**Olivia Overturf, Appellant**

**v.**

**Robert Garcia, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED AS MOOT-- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on September 27, 2018. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.